FIRST DEPARTMENT, DECEMBER, 1970

(December 1, 1970)

35 ESTATES, INC., Respondent, v. CENTRAL PARK GARDEN, INC., et al., Defendants, and CIVETTA EXCAVATING, INC., Appellant.—

Concur — Stevens, P. J., Eager, Markewich, Nunez and McNally, JJ.

PAULINE TSAGARAKOS, Respondent, v. KLEIN'S ON THE SQUARE, Appellant.—

Concur — Stevens, P. J., McGivern, Markewich and Steuer, JJ.

OTTO NASSAUER, Plaintiff, and ARANKA SINGER et al., Respondents, v. MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Defendants, and ERNEST TRIEDEL, Appellant.—

Concur — Stevens, P. J., Eager, Nunez and Steuer, JJ.